DOWNTOWN HARVARD LUNCH CLUB, Plaintiff, *v.* RACSO, INC., et al., Defendants.

Supreme Court, Special Term, New York County, March 12, 1951.

*Albert Felix* and *Allen S. Stim* for defendants.

*William S. Beinecke* and *Edward J. Madden* for plaintiff.

HAMMER, J. This motion for an order pursuant to rule 106 of the Rules of Civil Practice dismissing the amended complaint as to the defendant Tucci is granted. A director or officer of a corporation may not be held liable where his corporation has been allegedly induced by him to violate its contractual obligation (see *Greyhound Corp.* v. *Commercial Cas. Ins. Co.*, 259 App. Div. 317, and *J. E. Brulatour, Inc.*, v. *Wilmer & Vincent Corp.*, 63 N. Y. S. 2d 54). Settle order.